# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMONICA MCWHITE-YORK,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER FARMS, LLC,<br><br>Defendant. | Case No. 1:25-cv-01352-KES-SAB<br><br>ORDER GRANTING ANDRE R. BELANGER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 4) |

Before the Court is the application of Andre r. Belanger, attorney for Plaintiff Kamonica McWhite-York, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1