# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMONICA MCWHITE-YORK,<br><br>Plaintiff,<br><br>v.<br><br>FOSTER FARMS, LLC<br><br>Defendant. | Case No. 1:25-cv-01352-KES-SAB<br><br>ORDER RE REMOTE APPEARANCE<br><br>(ECF No. 10) |

An initial scheduling conference is set before the undersigned on January 29, 2026, in Courtroom 9. (ECF No. 3.) On December 2, 2025, Plaintiff filed a motion for counsel to appear remotely. (ECF No. 10.) The Court's current practice is to allow parties to appear either in person or via videoconference for such conferences. Videoconference login information will be provided after the parties submit a joint scheduling report, which is due seven days before the conference.

Accordingly, it is HEREBY ORDERED that counsel for Plaintiff shall be permitted to appear by videoconference at the hearing on January 29, 2026.

IT IS SO ORDERED.

Dated: **December 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1