# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMONICA MCWHITE-YORK,<br>*individually and on behalf of all others*<br>*similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>FOSTER FARMS, LLC,<br><br>Defendant. | Case No. 1:25-cv-01352-KES-SAB<br><br>ORDER GRANTING SABRI SIRAJ'S *PRO*<br>*HAC VICE* APPLICATION<br><br>(ECF No. 15) |

Before the Court is the application of Sabri Siraj, attorney for Defendant Foster Farms, LLC, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **December 12, 2025**   _____

STANLEY A. BOONE
United States Magistrate Judge